ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF VIRGINIA, *Plaintiff in Error,* v. SARAH ELIZABETH McINTOSH, *Defendant in Error.*

The concurrence of a majority of the members of the supreme Court sitting as one body is necessary to a decision; but where the members of the court sitting in a cause on writ of error or appeal are equally divided, the judgment of the lower court should be affirmed, on the authority of State ex rel. Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51.

This case was decided by the court en banc.

Writ of Error to the Circuit Court for Duval County.

*John E. Hartridge,* for plaintiff in error;

*Bryan & Bryan,* for defendant in error.

PER CURIAM.—In this case Mr. Chief Justice Shackleford, Mr. Justice Cockrell and Mr. Justice Whitfield are

of the opinion that the judgment should be affirmed, while Mr. Justice Taylor, Mr. Justice Hocker and Mr. Justice Parkhill are of the opinion that the judgment should be reversed.

Under the circumstances upon the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51, the judgment should be affirmed, and it is so ordered.